IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 08-00023-01-03 CR-W-DW

SALLY MILLER, STEPHEN MILLER,
CHEMNUTRA, INC.,

        Defendants.

_____/

## SALLY MILLER'S NOTICE OF FILING LETTERS IN AID OF SENTENCING

The Defendant, Sally Qing Miller, ("Sally Miller") through undersigned counsel, respectfully files this Notice of Filing Letters in Aid of Sentencing, the hearing for which is to be held on February 5, 2010. In support hereof, Sally Miller states the following:

Attached hereto as Exhibits "A" – "E" are the letters, addressed to the Court, of persons who know Sally Miller personally. These letters bring to the Court's attention those qualities of Sally Miller that show that she is a person that the Court should consider an excellent candidate for the probationary sentence requested by the parties in this case pursuant to the Plea Agreement. A short summary of each letter follows in order to assist the Court.

**Pastor James Thomas**

Pastor James Thomas is the pastor of Living Word Christian Church in Las Vegas. Living Word Christian Church is a Chinese Christian Church where Sally Miller is an active member. Sally Miller teaches Sunday school at the Church, and has done so for 4 years. Pastor Thomas states that Sally Miller is also an assistant teacher at the Church assisting in the teaching of the Chinese language, and that, "she volunteers her services in the production of DVD's for all

1
Fuerst, Humphrey, Ittleman, PL
1001 Brickell Bay Drive, Ste. 2002, Miami, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • www.fuerstlaw.com

Case 4:08-cr-00023-DW   Document 45   Filed 02/01/10   Page 1 of 5

Church special activities." Pastor Thomas believes that the Millers made a "once in a lifetime mistake" and asks this Court for leniency in sentencing.

See, Letter from Pastor James Thomas, attached as Exhibit "A".

**Gregory and Ying Shott**

Gregory and Ying Shott are a married couple who met Sally Miller in 2006 at Living Word Christian Church. Gregory is a senior scientist at National Security Technologies and a contractor to the National Nuclear Security Administration. He also served as a missionary in China, Ying is a pharmacy technician.

The Shotts socialize with Sally Miller and have had the opportunity to be with her in social contexts on many occasions. The Shotts know Sally Miller to be, "kind, generous...a devoted, caring, and responsible mother". They have "placed our son in her care...and trust her completely." Like Pastor Thomas, the Shotts have seen Sally Miller's service at her church. As stated by the Shotts:

> Over a period of years, we have seen her come to Church weekly, prepared to teach young children. Teaching young children well takes great patience, kindness, humility, and love. We believe Sally has these qualities...

Furthermore, the Shotts state that they believe Sally Miller to be "an ethical business person, who keeps her word...".

The Shotts want the Court to know that "Sally and her family have suffered because of theses (sic) unfortunate events. We hope that this letter helps you to appreciate that Sally Miller is an ethical, hard-working, and caring person, who has much to contribute to our society."

See, Letter from Gregory and Ying Shott, attached as Exhibit "B".

2
Fuerst, Humphrey, Ittleman, PL
1001 Brickell Bay Drive, Ste. 2002, Miami, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • www.fuerstlaw.com

Case 4:08-cr-00023-DW   Document 45   Filed 02/01/10   Page 2 of 5

**Mark Chen**

Mark Chen is a high school teacher who has known the Millers for 5 years through the church. Chen states that when Sally Miller asked him to write a letter for her to the Court, he "felt honored because it is extremely easy to write about a family friend you believe in." He states that the Millers "always greet you with a smile" and are always encouraging. Chen recognizes Sally Miller's service to their church. As stated by Chen,

> Because of her tireless dedication and her unique God-given talent, the children responded with love and respect for her. She freely gives of herself, not just teaching our children on Sundays, but also being there for them whenever she's needed....When there is a school event she volunteers her time to take school photos of the children during school functions....the principal was so happy with the parental and children's responses, he made Sally the official school photographer.

Chen also appreciates that Sally has a "positive outlook on life" and an ability to "always see the good in everyone".

See, Letter from Michael Chen, attached as Exhibit "C".

**Michael and Fiona Johnson**

Michael and Fiona Johnson have known the Millers since 2004 and consider them good friends. They want the Court to understand that, "(the Millers) are people of good character and we have known them to be honest in their personal and business conduct...They are always hospitable and willing to go the extra mile to help others." They know that Sally Miller, in addition to her church service, "also volunteered at First Choice Pregnancy Center, helping to make a difference." They ask the Court to consider their letter as a "good reference" for the Millers.

See Letter from Michael and Fiona Johnson, attached as Exhibit "D".

3
Fuerst, Humphrey, Ittleman, PL
1001 Brickell Bay Drive, Ste. 2002, Miami, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • www.fuerstlaw.com

Case 4:08-cr-00023-DW    Document 45    Filed 02/01/10    Page 3 of 5

### Anthony Claydon

Lastly, Anthony Claydon has addressed a letter to the Court. He met Sally Miller in the early 1990's when they worked together in China at Mars, Inc., a food company. According to Mr. Claydon, Sally was "well respected for her personality, energy and work integrity by all her colleagues...".

See, Letter from Anthony Claydon, attached as Exhibit "E".

### **Conclusion**

Sally Miller respectfully requests that the Court consider the attached letters from those who know Sally Miller personally so that these letters may aid the Court in the sentencing process. Sally Miller submits that the letters lend support for the Court to conclude that the sentence agreed upon by the parties in the Plea Agreement is just and proper and should so be ordered.

Respectfully submitted,

By: /s/ Robert J. Becerra
Robert J. Becerra, Esq.
* Admitted Pro Hac Vice
Fuerst Humphrey Ittleman PL
1001 Brickell Bay Drive
Suite 2002
Miami, FL 33131
Tel:   305-350-5690
Fax:   305-371-8989
E-mail: rbecerra@fuerstlaw.com

Lead Counsel for Defendant Sally Qing Miller

By: /s/ Alex S. McCauley

Alex S. McCauley, Esq.
Jenab & McCauley, LLP
110 South Cherry St., Suite 200
Olathe, KS 66061
MO Bar No. 52632
Tel: 913-390-5023
Fax: 913-764-5539

Local Counsel for Defendant Sally Qing Miller

4
Fuerst, Humphrey, Ittleman, PL
1001 Brickell Bay Drive, Ste. 2002, Miami, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • www.fuerstlaw.com

Case 4:08-cr-00023-DW   Document 45   Filed 02/01/10   Page 4 of 5

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed electronically on February 1, 2010. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Robert J. Becerra
Robert J. Becerra – FL Bar No. 0856282
* Admitted Pro Hac Vice

5
Fuerst, Humphrey, Ittleman, PL
1001 Brickell Bay Drive, Ste. 2002, Miami, FL 33131 • T: 305.350.5690 • F: 305.371.8989 • www.fuerstlaw.com

Case 4:08-cr-00023-DW   Document 45   Filed 02/01/10   Page 5 of 5