The Honorable John Maughmer
U.S Magistrate Judge
Charles Evans Whittaker Courthouse
400 E. 9th Street
Room 7662
Kansas City, Mo 64106

The Honorable John Maughmer

I am writing this letter in support of Steve and Sally Miller. I've known them for over 4 1/2 years now as there Pastor; my name is James W Thomas (English Pastor) of Living Word Christian Church which is a Chinese Church.

I can confirm that Steve is a man of great integrity, is extremely dedicated to his family and work, and is entirely peace-loving. He is an honorable person and an active participant in community activities.

Sally is very talented teaching kids Sunday school for 4 years now, and also one of the assistant teachers that teach the kids how to speak the Chinese language. As photography she volunteers her services in the production of DVD's for all Church special activities.

It is my opinion that this couple made a once in a lifetime mistake in judgment as all of God's creation is capable of doing and I ask for leniency.

Yours faithfully

James W Thomas, Pastor
Living Word Christian Church
1202 Vista Drive
Las Vegas, Nv 89102
(702) 301-9058