The Honorable John Maughmer
U.S. Magistrate Judge
Charles Evans Whittaker Courthouse
400 E. 9th Street
Room 7662
Kansas City, MO 64106

To The Honorable Judge John Maughmer:

My name is Mark Chen and I have been teaching high school for 24 years for Clark County School District. When I was first asked by Sally to write a reference letter, I felt honored because it is extremely easy to write about a family friend that you believe in. I have known Sally and Steve through the Chinese Church that we have attended for five years and our family gatherings.

It was easy to warm up to the Millers. They always greet you with a smile and ready to speak words of encouragement and wisdom. Sally is currently teaching Chinese to our children in the church. Her commitment and her love for the language and culture gave the children in our church a legacy they would have otherwise lost. Because of her tireless dedication and her unique God-given talent, the children responded with love and respect for her. She freely gives of herself, not just teaching our children on Sundays, but also being there for them whenever she's needed, and being a part of their spiritual growth in nurturing each and every child with the warm embrace and encouragement.

The Millers are also active in the community. You don't have to ask them for help or to assign them a task. They have helping hands that just naturally respond wherever there is a need. Sally has a gifted eye for photography and is a professional photographer. When there is a school event, she volunteers her time to take school photos of the children during school functions. When the children, parents and administrative staff view the pictures, it is always fun to see the smiles and laughs as they discuss the events of the pictures. The principal was so happy with the parental and children's responses; he made Sally the official school's photographer. Sally is constantly donating her time and photos to the school or community. What I like most about Sally is her positive outlook on life and her ability to always see only the good in everyone. I think that's why

she is such a good photographer because the beauty she sees comes out through the pictures that she takes.

Although Sally is the focal point of the family that everyone sees, Steve is a constant supportive husband and the backbone of the family who does all the little behind the scenes things that nobody ever notices. However, it is his detailed support and devoted love that enables Sally to do all the tasks she has on hand. They truly complement each other as a team, as parents and as husband and wife.

Sincerely,

*Mark Chen*

Mark Chen

Mark Chen
Mathematics teacher
Chaparral High School
Las Vegas, NV

Mark Chen
2725 Watkins Glen Ave
Henderson, NV 89052
(702) 836-9456