UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

Sentencing Minute Sheet for Magistrate John T. Maughmer

UNITED STATES OF AMERICA                           Case No: 08-00023-01-CR-W-DW
vs.                                                Date: 2/5/2010
SALLY MILLER

                                    Appearances

        Plaintiff Counsel                          Defendant Counsel
        Gene Porter, Joe Marquez, AUSA             Robert J. Becerra, Retained

        Time Commenced:    10:25 a.m.              Time Terminated: 11:19 a.m.
---------------------------------------------------------------------------------------------------------------
1.      The Court orally summarized the factual information contained in the presentence report
        to be relied on in determining sentence.

2.      Defendant and defendant's counsel were afforded the opportunity to comment on the
        presentence report and to introduce testimony or other information relating to any factual
        inaccuracy therein.

3.      Allocution granted.

4.      Defendant was afforded an opportunity to make a statement in mitigation of punishment.

PROBATION:
( x )   Defendant is sentenced to a term of 3 years probation on each Count(s) 1 & 14, terms to
        run concurrent.

FINE:  The Court imposes a fine of : $5,000, due immediately.

RESTITUTION:  The Court finds restitution not applicable for the reasons stated on the record.

SPECIAL ASSESSMENT:    The Court imposes a mandatory special assessment of $25.00, each count for a total of $50.00, due immediately.

X       Upon Motion of the U.S. Government, the following Counts are dismissed: Counts 2
        through 13 and Counts 15 through 27.

Defendant advised of right to appeal.

                                                    /s/John T. Maughmer
                                                   JOHN T. MAUGHMER
ERO/CRD: J. Baldwin                                United States Magistrate Judge